## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| SARAH MILLER, as guardian and next friend of O.J., a minor, | ) ) ) |
| Plaintiff, | ) Case No. 18-cv-2050 ) |
| v. | ) Hon. Colin S. Bruce, ) District Judge |
| PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION, | ) ) Hon. Eric I. Long, ) Magistrate Judge ) ) ) ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) ) |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Loevy & Loevy and Defendants being represented by Hervas, Condon & Bersani, P.C., counsel met on March 16, 2018 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by April 23, 2018.

2. The deadline for amendment of pleadings is July 9, 2018.

3. The deadline for joining additional parties is July 9, 2018.

4. Plaintiff shall disclose experts and provide expert reports by October 9, 2018. Plaintiff shall make any such experts available for deposition by October 23, 2018.

5. Defendants shall disclose experts and provide expert reports by November 23, 2018. Defendants shall make any such experts available for deposition by December 7, 2018.

6. Plaintiff shall disclose rebuttal experts and provide rebuttal expert reports by January 7, 2019. Plaintiff shall make any such experts available for deposition by January 21, 2019.

7.  All discovery, including deposition of experts, is to be completed by January 21, 2019.

8. The deadline for filing case dispositive motions shall be February 28, 2019.

9.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production.

| | |
|---|---|
| SARAH MILLER, as guardian and next friend of O.J., a minor,<br>Plaintiff<br><br>BY:  /s/ Rachel Brady_____<br>       One of Plaintiff's Attorneys | PATRICK HARTSHORN, IN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION,<br>Defendants<br><br>BY:  /s/ Michael W. Condon_____<br>       One of Defendants' Attorneys |

**CERTIFICATE OF SERVICE**

  I, Rachel Brady, an attorney, hereby certify that on March 16, 2018 I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                  s/ Rachel Brady_____
                  One of Plaintiff's Attorneys

Michael W. Condon
Jason Rose
*Attorneys for Defendant*s
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
mcondon@hcbattorneys.com
jrose@hcbattorneys.com