1200/18-7193.SYJ/db

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SARAH MILLER, as guardian and next friend of O.J., a minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| | ) Cause No. 2:18-cv-2050-CSB |
| PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION, | ) ) ) ) ) ) ) ) |
| Defendants/Third Party Plaintiffs, | ) ) |
| v. | ) ) ) |
| FARRAH JOHNSON, | ) ) |
| Third Party Defendant. | ) |

## THIRD PARTY COMPLAINT FOR CONTRIBUTION

NOW COME the Defendants/Third Party Plaintiffs (hereinafter referred to as "Third Party Plaintiffs"), PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT

1

EMPLOYEES, and the COUNTY OF VERMILION, by and through their attorneys at HERVIS, CONDON & BERSANI and KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and for their Third Party Complaint for Contribution against Third Party Defendant, FARRAH JOHNSON, state as follows:

1. Plaintiff Sarah Miller, as guardian and next friend of O.J., a minor, filed a Complaint against Third Party Plaintiffs Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion seeking recovery as a result of minor O.J.'s birth in the Vermilion County Jail and inability to bond with his mother immediately after birth and seeks recovery pursuant to Section 1983 under the Fourth and Fourteenth Amendments and pursuant to Illinois Law for Negligence/Willful and Wanton Conduct, Respondeat Superior, and Indemnification. A copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. The Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion, filed an Answer to Plaintiff's Complaint at Law in which they deny all substantive allegations contained therein. A copy of Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion, Answer to Plaintiff's Complaint is attached hereto as Exhibit B.

3. Plaintiff's Complaint alleges that at the time and place complained of, Third Party Defendant Johnson was incarcerated in the Vermilion County Jail and gave birth to minor O.J. on April 6, 2014.

4. Plaintiff's Complaint alleges that Third Party Defendant gave birth in the Vermilion County Jail due to the fault of Third Party Plaintiffs and resulted in injury to minor O.J.

5.  Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion, deny and continue to deny that they were the direct or proximate cause of any alleged injury.

6.  In the event that judgment is entered in favor of Plaintiff and against these Third Party Plaintiffs, pursuant to the Illinois Joint Tortfeasors Act, these Third Party Plaintiffs are entitled to contribution from Third Party Defendant, Farrah Johnson in an amount commensurate with Third Party Defendant Farrah Johnson's prorated share of fault.

7.  At the time and place complained of, Third Party Defendant Farrah Johnson had a duty to exercise due care for her own well-being and that of her children, and minor O.J. specifically, in the face of obvious risks.

8.  At all relevant times and places complained of, in violation of her duty, Third Party Defendant, Farrah Johnson, breached her duty, failed to exercise due care, and acted willfully and wantonly as described as follows:

   (a) Failed to exercise appropriate care and supervision over her children, leading to loss of custody;

   (b) Failed to obtain appropriate prenatal care during her pregnancy with minor O.J.; and

   (c) Failed to exercise care for the safety of minor O.J. by willfully violating a protective order on or about April 2, 2014 resulting in her arrest and confinement.

9.  As detailed above, Third Party Defendant Farrah Johnson was aware of risks toward minor O.J. as a result of her acts and/or omissions.

10. Third Party Plaintiffs continue to deny that minor O.J. sustained any injury as a result of the events of April 6, 2014. However, to the extent that such injuries are alleged, they are

a proximate result of one or more of the aforesaid acts and/or omissions of Third Party Defendant Farrah Johnson.

11. In the event Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion are held liable to Plaintiff, which liability they expressly deny, they will be entitled to contribution from the Third Party Defendant Farrah Johnson, in an amount reflecting Third Party Defendant Farrah Johnson's proportionate degree of fault in causing Plaintiff's alleged injuries.

12. Pursuant to the Contribution Act, 740 ILCS 100/1-5, the Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion, are entitled to recover from the Third Party Defendant Farrah Johnson, by way of contribution, such amounts as would be commensurate with a degree of fault or misconduct attributable to the Third Party Defendant Farrah Johnson, proximately causing the Plaintiff's injuries.

13. If Plaintiff suffered pecuniary loss, as well as loss of society, companionship, consortium, love and affection as a result of any injury to minor O.J., it was as a direct and proximate result of the conduct of Third Party Defendant, Farrah Johnson.

WHEREFORE, Third Party Plaintiffs, Patrick Hartshorn, Kevin Maskel, Nicole Rouse, Laurie Bernardi, Unknown Vermilion County Sheriff's Department Employees, and the County of Vermilion, pray for judgment in their favor and against Third Party Defendant, Farrah Johnson, in the amount proportionate to their respective degree of fault and/or any other relief deemed just and proper.

Respectfully submitted,

/s/ Elizabeth A. Knight
Elizabeth A. Knight
Byron D. Knight
Jenna K. Throw
Attorney for DEFENDANT, KEVIN MASKEL
Knight, Hoppe, Kurnik & Knight, Ltd.
833 West Lincoln Highway, Suite 340E
Schererville, IN  46375
Tel:  219/322-0830
Fax:  219/322-0834
Email:  Eknight@khkklaw.com
Bknight@khkklaw.com
Jthrow@khkklaw.com

/s/ Michael W. Condon
Michael W. Condon
Jason Rose
Attorney for DEFENDANTS BERNARDI, ROUSE, HARSHORN, VERMILION COUNTY, AND UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES
Hervas, Condon & Bersani, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
Email:  mcondon@hcbattorneys.com
jrose@hbcattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2018, I caused the foregoing pleading to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

- Sarah C. Grady, sarah@loevy.com
- Rachel Elaine Brady, brady@loevy.com
- Michael W. Condon, mcondon@hcbattorneys.com
- Jason W. Rose, jrose@hcbattorneys.com
- Elizabeth A. Knight, eknight@khkklaw.com, kmeyer@khkklaw.com
- Byron D. Knight, bknight@khkklaw.com, kmeyer@khkklaw.com
- Jenna K. Throw, jthrow@khkklaw.com, dbotma@khkklaw.com

/s/ Elizabeth A. Knight

5