# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| SARAH MILLER | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  18 C 2050 |
| PATRICK HARTSHORN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Sarah Miller                                                                             .

Date:   06/22/2018                                           s/ Jon Loevy
                                                        *Attorney's signature*

                                                        Jon Loevy - 6218254
                                                        *Printed name and bar number*

                                                        Loevy & Loevy
                                                        311 N. Aberdeen, 3rd FL
                                                        Chicago, IL 60607
                                                        *Address*

                                                        jon@loevy.com
                                                        *E-mail address*

                                                        (312) 243-5900
                                                        *Telephone number*

                                                        (312) 243-5902
                                                        *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH MILLER )<br>*Plaintiff* )<br>v. )<br>PATRICK HARTSHORN )<br>*Defendant* ) | Case No.  18 C 2050 |

## CERTIFICATE OF SERVICE

I certify that on  06/22/2018 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

  all counsel of record  ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

s/ Jon Loevy
*Attorney's signature*

Jon Loevy - 6218254
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
*Address*

jon@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*Fax number*