## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| SARAH MILLER, as guardian and next friend of O.J., a minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| PATRICK HARTSHORN, KEVIN MASKEL, NICOLE ROUSE, LAURIE BERNARDI, UNKNOWN VERMILION COUNTY SHERIFF'S DEPARTMENT EMPLOYEES, and the COUNTY OF VERMILION, | ) ) ) ) ) ) ) ) |
| Defendants/Third Party Plaintiffs, | ) ) |
| v. | ) ) |
| FARRAH JOHNSON, | ) ) |
| Third Party Defendant. | ) |

Cause No. 2:18-cv-2050-CSB-EIL

### DEFENDANT KEVIN MASKEL'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant KEVIN MASKEL, by and through one of his attorneys JOSEPH W. SMITH of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., moves, pursuant to Federal Rule of Civil

Procedure 15, for leave to file his Amended Answer and Affirmative Defenses to Plaintiff's Complaint, and in support thereof states:

1. Defendant Kevin Maskel (by his then-counsel Hervas, Condon & Bersani, P.C.) and the other Defendants in this action jointly filed their Answer to Plaintiff's Complaint on March 7, 2018.  *See* ECF #10.

2. On April 9, the Court adopted the parties' proposed deadline of July 9, 2018 for the amendment of pleadings.  *See* Minute Entry dated April 9, 2018.

3. Defendant Kevin Maskel's present counsel filed an appearance on his behalf on April 23, 2018.

4. Defendant Kevin Maskel's present counsel has determined, based upon their discussions with him, that certain answers contained in the Defendants' joint Answer and Affirmative Defenses do not accurately reflect Defendant Kevin Maskel's knowledge regarding the allegations of Plaintiff's Complaint.  Counsel for Defendant Maskel also identified an omitted affirmative defense under 745 ILCS 10/2-201.

5. Defendant Kevin Maskel therefore seeks to amend his answers and assert the omitted affirmative defense.

6. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "[t]he court should freely give leave [to amend a pleading] when justice so requires."  Fed. R. Civ. P. 15(a)(2).

7. This request is presented within the time for the amendment of pleadings and is not presented for the purpose of harassment or delay, or for any other improper purpose.  Thus, no party is unduly prejudiced by this request.

8. Defendant Kevin Maskel has attached hereto as Exhibit A his proposed Amended Answer and Affirmative Defenses to Plaintiff's Complaint.

WHEREFORE, Defendant Kevin Maskel prays the Court enter an Order granting him leave to file his Amended Answer and Affirmative Defenses, and ordering such further relief as the Court deems just.

Respectfully submitted,

/s/ Joseph W. Smith
Joseph W. Smith
Elizabeth A. Knight
Byron D. Knight
Jenna K. Throw
Attorneys for DEFENDANT KEVIN MASKEL
Knight, Hoppe, Kurnik & Knight, Ltd.
833 West Lincoln Highway, Suite 340E
Schererville, IN  46375
Tel:  219/322-0830
Fax:  219/322-0834
Email:  JSmith@khkklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July 2018, I caused the foregoing pleading to be filed using the Court's CM/ECF system, which sent a notification of such filing to all counsel of record:

- Sarah C. Grady, sarah@loevy.com
- Rachel Elaine Brady, brady@loevy.com
- Michael W. Condon, mcondon@hcbattorneys.com
- Jason W. Rose, jrose@hcbattorneys.com
- Elizabeth A. Knight, eknight@khkklaw.com, kmeyer@khkklaw.com
- Byron D. Knight, bknight@khkklaw.com, kmeyer@khkklaw.com
- Jenna K. Throw, jthrow@khkklaw.com, dbotma@khkklaw.com
- Joseph W. Smith, jsmith@khkklaw.com, dbotma@khkklaw.com

/s/ Joseph W. Smith